IN THE MATTER OF:

**EDWIN ACEVEDO SANDOVAL**
**MARIBEL SANCHEZ MARRERO**

Debtors

CASE NO. 10-04582 BKT

CHAPTER 13

## MOTION FOR APPEARANCE

TO THE HONORABLE COURT:

COMES NOW creditor, BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO (BBVA), represented by the undersigned attorneys and, very respectfully, STATES and PRAYS:

1. The appearing creditor wishes to be notified of all pertinent documents and notices for hearing in the instant proceeding through the undersigned counsel at the address of record: ENRIQUE NASSAR-RIZEK & ASSOCIATES, PO BOX 191017, SAN JUAN PR 00919-1017, TEL. (787) 754-1313.

WHEREFORE, it is respectfully requested from this Honorable Court that an Order be entered including creditor herein in the Master Address List, so as to permit future notices be addressed to Enrique Nassar-Rizek & Associates through the undersigned counsel at the address of record.

I HEREBY CERTIFY: On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will sent notification of such filing to the following: Attorney for **Debtor(s) PEDRO A FUENTES RIVERA, ESQ.**, and to Chapter 13 Trustee, **JOSE RAMON CARRION MORALES**.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 13 day of July, 2010.

s/ Angel M. Vázquez Bauzá
**ANGEL M VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel. 754-1313   Fax. 754-1354
e-mail: avazquez@enrassociates.com

oco